| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Christopher G. Cassie, Esq.<br>Keaveney Legal Group, LLC<br>1000 Maplewood Dr<br>Suite 202<br>Maple Shade, NJ 08052<br>800-219-0939<br>Email: ccassie@keaveneylegalgroup.com<br>Attorney for the Debtor | Order Filed on January 14, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>　　　Kyung Ha Lee<br><br>**Debtor** | Case No:   24-18133-JKS<br><br>Chapter:  Chapter 13<br><br>Hearing: January 9, 2025<br><br>Judge:    John K. Sherwood |

## ORDER CONCERNING APPLICATIOIN TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is ORDERED.

**DATED: January 14, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having reviewed the Debtor's Application to Extend Time to File Missing Documents, and any related responses or objections, it is hereby

ORDERED that:

[X] The debtor's request to extend the time within which the missing documents must be filed is granted. The balance of the debtor's schedules as set forth in the Court's Order to Show Cause must be received by the Court no later than  January 22, 2025                        . If all missing documents are not filed by this date, the case will be dismissed without further notice.

[ ] The debtor's request to extend the time to file missing documents is denied. The case is dismissed. All outstanding fees to the Court are due and owing and must be paid within days of the date of this Order.