KEAVENEY LEGAL GROUP, LLC
1000 MAPLEWOOD DRIVE
SUITE 202
MAPLE SHADE, NJ  08052

Re:  KYUNG HA LEE
    101 WINDING CREEK
    OLD TAPPAN,  NJ  07675-7318

Atty:  KEAVENEY LEGAL GROUP, LLC
    1000 MAPLEWOOD DRIVE
    SUITE 202
    MAPLE SHADE, NJ  08052

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-22454

**RECEIPTS AS OF 01/01/2025**           (Please Read Across)

**LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025**           (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 0.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AES / NCT | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA, NA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BBY/CBNA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BRCLYSBANKDE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CITI | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CITIBANK, N.A. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CITIBANK, N.A. / COSTCO | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | DISCOVER BANK | UNSECURED | 9,814.12 | 0.00% | 0.00 | 0.00 |
| 0009 | FARHA AHMED, ESQ. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 13,871.13 | 0.00% | 0.00 | 0.00 |
| 0011 | GG INTERNATIONAL TRADING CO INC. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | GG INTERNATIONAL TRADING CO INC. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | INTERANL REVENUE SERVICE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | JPMC | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | JPMCB CARD | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | JPMCB CARD | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | KIAMOTORS | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | RESURGENT CAPITAL SERVICES | UNSECURED | 407.23 | 0.00% | 0.00 | 0.00 |
| 0019 | MEFA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | MACYSCBNA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | MIDLAND CREDIT MANAGEMENT, INC. | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | MIDLAND CREDIT MANAGEMT | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-22454**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0023 | MIDLAND CREDIT MNAAGEMENT | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | PNC BANK, NATIONAL ASSOCIATION | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | PNC MORTGAGE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | PRTNRSHP FCU | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | SANTANDER CONSUMER USA INC. | VEHICLE SECURE | 1,233.42 | 0.00% | 0.00 | 0.00 |
| 0028 | SELFINC/LEAD | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | SYNCB/AMAZ | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | SYNCB/PAYP | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | SYNCB/PCRICH | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | SYNCB/PPC | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | SYNCB/WLMRTD | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0034 | U.S. BANK NATIONAL ASSOCIATION | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | U.S. BANK NATIONAL ASSOCIATION | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | U.S. TRUSTEE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | VENTURE WORKS DE, LLC | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | WCF | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | WELLS FARGO BANK, NA | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | WINDING CREEK AT OLD TAPPAN | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | CHRISTOPHER G. CASSIE | ADDED BY MATR | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | MASSACHUSETTS EDUCATIONAL FINAN | UNSECURED | 2,970.33 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $0.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $0.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $0.00          =     Funds on Hand: $0.00

**\*\*NOTE**:   THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.