Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−22454−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kyung Ha Lee
  101 Winding Creek
  Old Tappan, NJ 07675−7318

Social Security No.:
  xxx−xx−3897

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              2/27/25
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 23, 2025
JAN: mlc

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 24-22454-JKS
Kyung Ha Lee                                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                             Page 1 of 3
Date Rcvd: Jan 23, 2025                       Form ID: 132                            Total Noticed: 45

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kyung Ha Lee, 101 Winding Creek, Old Tappan, NJ 07675-7318 |
| 520489617 | + | Farha Ahmed, Esq., Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520489619 | + | GG International Trading Co Inc., 7 Broad Ave., Palisades Park, NJ 07650-1886 |
| 520489620 | | GG International Trading Co Inc., Palisades Park, NJ 07650 |
| 520489634 | + | Prtnrshp Fcu, 550 17th Street Nw, Washington, DC 20429-0001 |
| 520489635 | | Santander Consumer USA Inc., d/b/a Chrysler Capital, Po BO x961275, Fort Worth, TX 76161 |
| 520489644 | + | Venture Works DE, LLC, 49 Midland Blvd., Maplewood, NJ 07040-1723 |
| 520489645 | + | WCF, 10750 W Charlton Blvd, Las Vegas, NV 89135-1048 |
| 520489647 | | Winding Creek at Old Tappan, Condominium Association, Inc., Westwood, NJ 07675 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520489609 | + | Email/Text: bncnotifications@pheaa.org | Jan 23 2025 21:01:00 | AES / NCT, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 520489628 | | Email/Text: bankruptcynotices@donohoelawpc.com | Jan 23 2025 21:00:00 | MEFA, Melissa Donohoe Dixon, Esq., Po Box 702, Marshfield, MA 02050 |
| 520489610 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2025 20:59:00 | Bank of America, NA, Po Box 673033, Dallas, TX 75267-3033 |
| 520489611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2025 21:31:44 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520489612 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 23 2025 21:01:00 | Brclysbankde, Po Box 26182, Wilmington, DE 19899-6182 |
| 520510629 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 23 2025 21:02:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520489613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2025 21:21:24 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520489614 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2025 21:21:17 | Citibank, N.A., 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520489615 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2025 21:10:28 | Citibank, N.A. / Costco, 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520489616 | | Email/Text: mrdiscen@discover.com | Jan 23 2025 21:00:00 | Discover Bank, Po Box 3025, New Albany, OH 43054-3025 |

Case 24-22454-JKS    Doc 19    Filed 01/25/25    Entered 01/26/25 00:18:49    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 23, 2025 | Form ID: 132 | Total Noticed: 45 |

| | | | | |
| --- | --- | --- | --- | --- |
| 520489618 | | Email/Text: bnc-thebureaus@quantum3group.com | Jan 23 2025 21:01:00 | First National Bank of Omaha, Quantum3 Group, LLC, Po Box 788, Kirkland, WA 98083-0788 |
| 520489621 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 23 2025 21:01:00 | Interanl Revenue Service, Centralized Insolvency Operation, Po Box 7346,, Philadelphia, PA 19101-7346 |
| 520489622 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2025 21:00:00 | JPMC, c/o National Bankrupty Services, LLC, Po Box 9013, Addison, TX 75001-9013 |
| 520489623 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2025 20:59:11 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801 |
| 520489624 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 23 2025 20:59:23 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520523842 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 23 2025 21:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520489625 | ^ | MEBN | Jan 23 2025 20:50:06 | Kiamotors, 10550 Talbert Avenue, Founatin Valley, CA 92708-6031 |
| 520489626 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2025 20:59:04 | LVNV Funding, LLC, Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 520489627 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 23 2025 20:59:30 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520489629 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 21:02:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 520489630 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 21:02:00 | Midland Credit Managemt, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 520489631 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2025 21:02:00 | Midland Credit Mnaagement, Comenity Capital / AAA Advantage Northea, Po Box 2037, Warren, MI 48090-2037 |
| 520489632 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 21:00:00 | PNC Bank, National Association, National City Bank, Po Box 94982, Cleveland, OH 44101 |
| 520489633 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 23 2025 21:00:00 | PNC Mortgage, Bankruptcy Department, 3232 Newark Drive, Miamisburg, OH 45342 |
| 520500953 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2025 21:02:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520489636 | | Email/Text: bankruptcy@self.inc | Jan 23 2025 21:01:00 | Selfinc/Lead, 901 E. 6th Street, Austin, TX 78702 |
| 520489637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2025 21:10:40 | Syncb/Amaz, Po Box 981432, El Paso, TX 79998-1432 |
| 520489638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2025 21:10:36 | Syncb/Payp, Po Box 981064, El Paso, TX 79998-1064 |
| 520489639 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2025 21:10:37 | Syncb/Pcrich, P O Box 276, Dayton, OH 45401-0276 |
| 520489640 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2025 20:58:50 | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005 |
| 520489641 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2025 21:10:02 | Syncb/Wlmrtd, Po Box 981127, El Paso, TX 79998-1127 |
| 520489643 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 23 2025 21:02:00 | U.S. Bank National Association, Bankruptcy Dept, Po Box 108, Saint Louis, MO 63166-0108 |
| 520489642 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 23 2025 21:02:00 | U.S. Bank National Association, Po Box 108, Saint Louis, MO 63166-0108 |
| 520489646 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 23 2025 21:10:15 | Wells Fargo Bank, NA, Po Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 36

Case 24-22454-JKS    Doc 19    Filed 01/25/25    Entered 01/26/25 00:18:49    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: 132 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520526362 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor Kyung Ha Lee ccassie@keaveneylegalgroup.com atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4