UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 884-899-4162
Facsimile: 884-882-4703
Attorneys for Secured Creditor: VENTURE WORKS DE, LLC

In Re:

Kyung Ha Lee,
        Debtor.

Case No.:    KS24-22454-JKS24-

Chapter:              13

Judge:      John K. Sherwood

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of VENTURE WORKS DE, LLC

. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  174 Nassau Street, Suite 313
                Princeton, NJ 08542

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 02/11/2025                                    s/ Farha Ahmed
                                                   Signature

*new.8/1/15*