Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  24−22454−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kyung Ha Lee
    101 Winding Creek
    Old Tappan, NJ 07675−7318
Social Security No.:
    xxx−xx−3897
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/25.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2025
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Kyung Ha Lee
　　　Debtor

Case No. 24-22454-JKS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: Mar 04, 2025

User: admin

Form ID: 148

Page 1 of 4

Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kyung Ha Lee, 101 Winding Creek, Old Tappan, NJ 07675-7318 |
| 520489617 | + | Farha Ahmed, Esq., Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520489620 | | GG International Trading Co Inc., Palisades Park, NJ 07650 |
| 520489619 | + | GG International Trading Co Inc., 7 Broad Ave., Palisades Park, NJ 07650-1886 |
| 520489634 | + | Prtnrshp Fcu, 550 17th Street Nw, Washington, DC 20429-0001 |
| 520489635 | | Santander Consumer USA Inc., d/b/a Chrysler Capital, Po BO x961275, Fort Worth, TX 76161 |
| 520548421 | + | VENTURE WORKS DE, LLC, c/o Waldman & Kaplan, P.A., 174 Nassau Street, Suite 313, Princeton, NJ 08542-7005 |
| 520489644 | + | Venture Works DE, LLC, 49 Midland Blvd., Maplewood, NJ 07040-1723 |
| 520489645 | + | WCF, 10750 W Charlton Blvd, Las Vegas, NV 89135-1048 |
| 520489647 | | Winding Creek at Old Tappan, Condominium Association, Inc., Westwood, NJ 07675 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520489609 | + | Email/Text: bncnotifications@pheaa.org | Mar 04 2025 21:03:00 | AES / NCT, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 520489628 | | Email/Text: bankruptcynotices@donohoelawpc.com | Mar 04 2025 21:02:00 | MEFA, Melissa Donohoe Dixon, Esq., Po Box 702, Marshfield, MA 02050 |
| 520544720 | | EDI: BANKAMER | Mar 05 2025 01:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520489610 | | EDI: BANKAMER | Mar 05 2025 01:44:00 | Bank of America, NA, Po Box 673033, Dallas, TX 75267-3033 |
| 520489611 | + | EDI: CITICORP | Mar 05 2025 01:44:00 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520489612 | + | EDI: TSYS2 | Mar 05 2025 01:44:00 | Brclysbankde, Po Box 26182, Wilmington, DE 19899-6182 |
| 520510629 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 04 2025 21:04:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 520489613 | + | EDI: CITICORP | Mar 05 2025 01:44:00 | Citi, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 520489614 | | EDI: CITICORP | Mar 05 2025 01:44:00 | Citibank, N.A., 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520489615 | | EDI: CITICORP | | |

District/off: 0312-2     User: admin              Page 2 of 4

Date Rcvd: Mar 04, 2025     Form ID: 148             Total Noticed: 49

| Account | | Recipient/Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Mar 05 2025 01:44:00 | Citibank, N.A. / Costco, 5800 S. Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520489616 | | EDI: DISCOVER | Mar 05 2025 01:44:00 | Discover Bank, Po Box 3025, New Albany, OH 43054-3025 |
| 520489618 | | EDI: Q3GTBI | Mar 05 2025 01:44:00 | First National Bank of Omaha, Quantum3 Group, LLC, Po Box 788, Kirkland, WA 98083-0788 |
| 520489621 | | EDI: IRS.COM | Mar 05 2025 01:44:00 | Interanl Revenue Service, Centralized Insolvency Operation, Po Box 7346,, Philadelphia, PA 19101-7346 |
| 520489622 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 04 2025 21:02:00 | JPMC, c/o National Bankrupty Services, LLC, Po Box 9013, Addison, TX 75001-9013 |
| 520523842 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 04 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520489624 | + | EDI: JPMORGANCHASE | Mar 05 2025 01:44:00 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 520489624 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 21:00:21 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 520489623 | + | EDI: JPMORGANCHASE | Mar 05 2025 01:44:00 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801-2920 |
| 520489623 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 04 2025 20:58:47 | Jpmcb Card, 201 N Walnut St, Wilmington, DE 19801-2920 |
| 520489625 | ^ | MEBN | Mar 04 2025 20:52:43 | Kiamotors, 10550 Talbert Avenue, Founain Valley, CA 92708-6031 |
| 520489626 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2025 21:29:25 | LVNV Funding, LLC, Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 520489627 | | EDI: CITICORP | Mar 05 2025 01:44:00 | Macyscbna, 911 Duke Blvd, Mason, OH 45040 |
| 520489629 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 21:04:00 | Midland Credit Management, Inc., Po Box 2037, Warren, MI 48090-2037 |
| 520489630 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 21:04:00 | Midland Credit Managemt, 350 Camino De La Reina Suite 100, San Diego, CA 92108-3007 |
| 520489631 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 04 2025 21:04:00 | Midland Credit Mnaagement, Comenity Capital / AAA Advantage Northea, Po Box 2037, Warren, MI 48090-2037 |
| 520567197 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 21:02:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520489632 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 21:02:00 | PNC Bank, National Association, National City Bank, Po Box 94982, Cleveland, OH 44101 |
| 520489633 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 04 2025 21:02:00 | PNC Mortgage, Bankruptcy Department, 3232 Newark Drive, Miamisburg, OH 45342 |
| 520500953 | | EDI: Q3G.COM | Mar 05 2025 01:44:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520489636 | | Email/Text: bankruptcy@self.inc | Mar 04 2025 21:03:00 | Selfinc/Lead, 901 E. 6th Street, Austin, TX 78702 |
| 520489637 | + | EDI: SYNC | Mar 05 2025 01:44:00 | Syncb/Amaz, Po Box 981432, El Paso, TX 79998-1432 |
| 520489637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 21:44:48 | Syncb/Amaz, Po Box 981432, El Paso, TX 79998-1432 |
| 520489638 | + | EDI: SYNC | Mar 05 2025 01:44:00 | Syncb/Payp, Po Box 981064, El Paso, TX 79998-1064 |
| 520489638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 04 2025 20:58:45 | Syncb/Payp, Po Box 981064, El Paso, TX |

District/off: 0312-2                              User: admin                                      Page 3 of 4
Date Rcvd: Mar 04, 2025                           Form ID: 148                                     Total Noticed: 49

|            |                |                                                     |                     | 79998-1064                                                      |
|------------|----------------|-----------------------------------------------------|---------------------|----------------------------------------------------------------|
| 520489639  | + EDI: SYNC    |                                                     | Mar 05 2025 01:44:00 | Syncb/Pcrich, P O Box 276, Dayton, OH 45401-0276               |
| 520489639  | + Email/PDF: ais.sync.ebn@aisinfo.com |                              | Mar 04 2025 22:07:33 | Syncb/Pcrich, P O Box 276, Dayton, OH 45401-0276              |
| 520489640  | + EDI: SYNC    |                                                     | Mar 05 2025 01:44:00 | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005              |
| 520489640  | + Email/PDF: ais.sync.ebn@aisinfo.com |                              | Mar 04 2025 20:58:26 | Syncb/Ppc, Po Box 965005, Orlando, FL 32896-5005             |
| 520489641  | + EDI: SYNC    |                                                     | Mar 05 2025 01:44:00 | Syncb/Wlmrtd, Po Box 981127, El Paso, TX 79998-1127          |
| 520489641  | + Email/PDF: ais.sync.ebn@aisinfo.com |                              | Mar 04 2025 20:58:25 | Syncb/Wlmrtd, Po Box 981127, El Paso, TX 79998-1127         |
| 520489643  | EDI: USBANKARS.COM |                                                 | Mar 05 2025 01:44:00 | U.S. Bank National Association, Bankruptcy Dept, Po Box 108, Saint Louis, MO 63166-0108 |
| 520489642  | EDI: USBANKARS.COM |                                                 | Mar 05 2025 01:44:00 | U.S. Bank National Association, Po Box 108, Saint Louis, MO 63166-0108 |
| 520544977  | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com |          | Mar 05 2025 02:49:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520489646  | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com |          | Mar 05 2025 02:49:09 | Wells Fargo Bank, NA, Po Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID  | Bypass Reason | Name and Address |
|-----------|---------------|------------------|
| cr        | *+            | VENTURE WORKS DE, LLC, c/o Waldman & Kaplan, P.A., 174 Nassau St., Suite 313, Princeton, NJ 08542-7005 |
| 520526362 | *P++          | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025                     Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Christopher G. Cassie | |

on behalf of Debtor Kyung Ha Lee ccassie@keaveneylegalgroup.com
atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com

Denise E. Carlon

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Farha Ahmed

on behalf of Creditor VENTURE WORKS DE  LLC farha@dwaldmanlaw.com

Marie-Ann Greenberg

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5